Riker Danzig LLP
ATTORNEYS AT LAW

**Peter M. Perkowski Jr.**
Partner

Direct:
t: 973.451.8483
f: 973.451.8352
pperkowski@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

March 17, 2025

**Via ECF**

Hon. Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re: AmGUARD Insurance Company v. High Point et al.**
**Civil Action No. 2:25-cv-00587 (EP-JSA)**

Dear Judge Padin:

We represent the Defendants in the above-referenced matter. We write to advise the Court that the parties have reached a settlement in this case, which will be memorialized over the next few weeks. Thus, the Defendants will not be filing a responsive pleading by today's due date. The parties anticipate needing 30-days to finalize the settlement.

If the Court has any questions, please let us know.

Respectfully submitted,

Peter M. Perkowski Jr.

cc: Alan Russo, Esq. (via ECF w/encl.)